## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

LISA ROBINSON,

                                           CASE NO. 6:11-cv-00202-PCF-GJK

        Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES,
INC.,

        Defendant.

_____/

### NOTICE OF SETTLEMENT

        NOW COMES the Plaintiff, LISA ROBINSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

        Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                          RESPECTFULLY SUBMITTED,

                          By: /s/ James Pacitti_____
                               James Pacitti (FBN: 119768)
                               Krohn & Moss, Ltd
                               10474 Santa Monica Blvd, Suite 401
                               Los Angeles, CA 90025
                               Phone: (323) 988-2400 x 230
                               Fax: (866) 385-1408

jpacitti@consumerlawcenter.com
Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2011, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

electronically submitted to Attorney for Defendant, by the Court's CM/ECF system.


/s/ James Pacitti
James Pacitti
Attorney for Plaintiff

NOTICE OF SETTLEMENT

2