UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA ROBINSON,

    Plaintiff,

CASE NO. 6:11-cv-00202

v.

PORTFOLIO RECOVERY ASSOCIATES, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

LISA ROBINSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ James D. Pacitti_____
James D. Pacitti, Esq.
FBN: 119768
Krohn & Moss, Ltd
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 x 230
Fax: (866) 385-1408
jpacitti@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2011, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Robert E. Sickles, Attorney for Defendant.

s/ James D. Pacitti
James D. Pacitti, Esq.
Attorney for Plaintiff
